JOSEPH R. McGUIRE, Appellant, v. NEW YORK RAILWAYS COMPANY, Respondent.— Judgment reversed, new trial ordered, costs to appellant to abide event on the ground that the complaint and opening state a cause of action.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.; Scott, J., dissented.

MICHAEL COHEN & COMPANY, Respondent, v. HOADLEY STONE COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

KENNETH K. MACALPINE, Respondent, v. IRVING H. CHASE, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $640, being $500 for the operation and the preliminaries thereto, and $140 for subsequent visits; in which event, judgment as so modified and order affirmed, without costs.  No opinion.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

CHARLES H. KELBY and Another, Respondents, v. NEW YORK MUNICIPAL RAILWAY CORPORATION, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.  (See 180 App. Div. 905.)

MAURO PIZZUTIELLO, Respondent, v. THOMAS MULLIGAN and Another, Appellants.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

LINDA K. HENDERSON, Respondent, v. PETER DOELGER BREWING COMPANY, INC., Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

JACOB PALEWITZ, as Administrator, etc., Respondent, v. JACOB RUPPERT, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

ROBERT Y. ANDERSON v. HARTMAN BLANCHARD COMPANY.— Motion denied, with ten dollars costs.  Memorandum for counsel.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of NATHANIEL L. GLADSTONE.— Reference ordered to Hon. Henry A. Gildersleeve, Official Referee.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

In the Matter of ELBERT S. BOUGHTON.— Reference ordered to Hon. John J. Freedman, Official Referee.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Davis and Shearn, JJ.

In the Matter of CHARLES M. NORDEN.— Proceedings dismissed.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of SAMUEL DICKSTEIN.— Proceedings dismissed.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.

PAULINE NITKE v. SIMON PRETZFELD and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.  Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.